**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MACKINSON JN MARIE,

    Plaintiff,

vs.   Case No.:

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

## COMPLAINT

COMES NOW the Plaintiff, MACKINSON JN MARIE, by and through the undersigned attorney, and files this Complaint stating causes of action against Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA, and alleges as follows:

1. This is an action for recovery of benefits under employee welfare benefit plans brought pursuant to 29 U.S.C. §1132(a)(1)(b)(ERISA).

2. Plaintiff, MACKINSON JN MARIE, is an adult resident citizen of DeKalb County, Georgia.

3. Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA (hereinafter "LINA"), is a foreign corporation authorized to engage and engaging in business within the State of Florida.

4. This Court maintains subject matter jurisdiction over this action pursuant to 29 U.S.C. § 1132(e) and 28 U.S.C. § 1331.

### COUNT I – BREACH OF CONTRACT

5. Plaintiff and/or his employer, American Tire Distributors, Inc., purchased through his employer a contract of salary continuance insurance including long term disability (LTD) benefits (hereinafter "the LTD Plan"), effective on or about January 1, 2016.

6. At all times material to this Complaint, the LTD Plan was in full force and effect and Plaintiff was an LTD Plan participant.

7. Defendant, LINA, is in possession of all master LTD Plan documents.

8. Defendant is a third party plan administrator or claims fiduciary given discretion to interpret LTD Plan provisions and is an LTD Plan fiduciary, or alternatively, is an LTD plan fiduciary without discretion to interpret LTD Plan provisions.

9. On or about April 2, 2016, Plaintiff became totally disabled from his past employment as defined by the LTD Plan, due to peroneal nerve entrapment, neck pain, low back pain, left leg pain and other exertional and non-exertional impairments.

10. Plaintiff made a timely application for disability benefits under the LTD Plan.

11. On or about September 29, 2016, Defendant notified Plaintiff that Plaintiff's application for benefits was approved by Defendant or its agent, with benefits effective beginning September 29, 2016.

12. On or about June 12, 2018, Defendant notified Plaintiff that benefits would be terminated effective June 12, 2018.

13. Plaintiff appealed said denial of benefits on or about December 7, 2018.

14. On or about February 28, 2019, Defendant upheld its previous decision to deny the claim for benefits.

15. Plaintiff continues to remain totally disabled from employment, as defined by the Plan, due to peroneal nerve entrapment, neck pain, low back pain, left leg pain and other exertional and non-exertional impairments.

16. Plaintiff has exhausted all mandatory administrative remedies afforded by the Plan and has otherwise complied with all conditions precedent to this action.

17. Each of the Defendant's denials of Plaintiff's claims for LTD benefits constituted abuse of Defendant's discretion under the Plan and derogated Plaintiff's right to disability benefits under the terms of the Plan.

WHEREFORE, Plaintiff prays for a judgment against the Defendant for all LTD Plan benefits owing at the time of said judgment, pre-judgment interest, attorney's fees, costs of this

action, and all other relief deemed just and proper by the Court.

Dated: August 27, 2019

*/s/ Nick A. Ortiz*
Nick A. Ortiz
Florida Bar No. 12699
Ortiz Law Firm
823 E Jackson St.
Pensacola, FL 32501
(850) 308-7833(P)
(850) 208-3613 (F)
nick@nickortizlaw.com
Counsel for Plaintiff

*/s/ Katelyn L. Hauser*
Katelyn L. Hauser
Florida Bar No. 0127560
Ortiz Law Firm
823 E Jackson St.
Pensacola, FL 32501
(850) 308-7833(P)
(850) 208-3613 (F)
kate@nickortizlaw.com
Counsel for Plaintiff